UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | ) |
| Plaintiff, | ) 2:11-CV-1828-PMP-GWF |
| vs. | ) |
| KEISHI MATSUMOTO, | ) |
| Defendants. | ) |

## DISMISSAL BY COURT FOR WANT OF PROSECUTION

It appearing to the Court that this action has been pending in this Court for more than nine (9) months without any proceeding having been taken therein during such period; now therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above entitled action be, and it hereby is, dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1.

Dated this 5th day of December, 2012.

PHILIP M. PRO
CHIEF UNITED STATES DISTRICT JUDGE